# United States District Court
## Violation Notice

**CVB Location Code:** WY4

**Violation Number:** FBLM00BI
**Officer Name:** Norton
**Officer No.:** 2403

FBLM00BI

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 06/08/2025 16:25
**Offense Charged:** FED 36 CFR 261.54D
**Place of Offense:** Greys river parking lot
**Offense Description: Factual Basis for Charge:** 36 CFR 261.54D - VIOLATE LIMITATIONS
**HAZMAT:** ☐

### DEFENDANT INFORMATION

**Phone:**
**Last Name:** Armington
**First Name:** Elliot
**M.I.:**
**Street Address:**
**City:**
**State:**
**Zip Code:**
**Date of Birth (mm/dd/yyyy):**
**Drivers License No.:**
**CDL:** ☐
**D.L. State:**
**Social Security No.:**
**Adult** ☐  **Juvenile** ☐  **Sex** ☐ M ☐ F
**Race:**  **Hair:**  **Eyes:**  **Height:**  **Weight:**

### VEHICLE

**VIN:**  **CMV:** ☐
**Tag No.:**  **State:**  **Year:**  **Make/Model:** /  **PASS** ☐  **Color:**

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

| Amount | Description |
|---|---|
| $ 150.00 | Forfeiture Amount |
| $ 30.00 | Processing Fee |
| $ 180.00 | Total Collateral Due |

**PAY THIS AMOUNT**

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:**
**Date (mm/dd/yyyy):**
**Time (hh:mm):**

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete    Original - CVB Copy    FS-5300-4 (7/05)

FBLM00BI

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on  06/08/2025  while exercising my duties as a law enforcement officer in the _____ District of  WY

Pursuant to 16USC 551: I state that on June 8th, 2025, while exercising my duties as a Law enforcement Officer on the Bridger-Teton National Forest, in the District of Wyoming on the Greys Ranger District, I observed a work play camper trailer (WY plate 22 H 46 expired) parked in the parking lot near the west end of main trailhead parking area. I was patrolling the parking lot due to several complaints coming in from the public and other members of Forest Service employees. The complaints were about where people were dumping their campers/ or possibly storing them so they didn't have to tow them back home. Several camper trailers have been parked well over the 14 day stay limit. While on patrol I observed this Work and play camper trailer with 04/25 registration stickers on it/ dispatch informed me the registration was expired. I contacted my dispatch once again, and they informed me the registered owner of the vehicle came back to Elliot ARMINGTON with a Wyoming driver's license and local address out of Jackson Wy. I observed another note left on this camper that said please remove your camper off the forest, this note was left by another forest employee.
I cited Elliot ARMINGTON for 261.54D In violation of state Law- Registration expired since 04/2025 on WORK AND PLAY CAMPER TRAILER. I placed a citation on the windshield and took a picture of it.

The foregoing statement is based upon:

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:  06/08/2025           *Michael Norton*
              Date (mm/dd/yyyy)    Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on:  _____
              Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;   PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;                    CMV = Commercial vehicle involved in incident